# ALABAMA COURT OF CRIMINAL APPEALS



July 18, 2025

**CR-2023-0667**

Joshua Antonio Daniels v. State of Alabama (Appeal from Crenshaw Circuit Court:
CC-23-62, CC-23-63, and CC-23-64)

## <u>NOTICE</u>

You are hereby notified that on July 18, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk